BALLILA BRONDI and Others, Respondents, v. ROLLA N. SOPER, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CATHERINE BYRNES, Respondent, v. ELLEN HOWARD, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PERFECT LIGHTING FIXTURES Co., INCORPORATED, Respondent, v. GRUBAR REALTY CORPORATION and Another, Defendants, Impleaded with 777 FOX STREET CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE MORE GAGE CORPORATION, Respondent, v. BEEKADEL REALTY CORPORATION and Others, Defendants, Impleaded with FLODA CONSTRUCTION Co., INC., and Another, Appellants.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK, Respondent, v. EDWARD A. THOMPSON, INC., Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HENRY D. SAYER, as Trustee in Bankruptcy of AMHERST CORPORATION, Bankrupt, Respondent, v. S. W. STRAUS & Co., Appellant.— Orders so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the defendant to serve an amended answer within ten days from service of order upon payment of said costs and taxable costs to date; and with leave to plaintiff to reply to defenses 6 and 7 and the counterclaim within five days from service of amended answer. In the event that defendant do not so serve an amended answer, then within five days after such default plaintiff may reply to said defenses and counterclaim. No opinion. Present — Finch, P J., McAvoy, Martin, O'Malley and Townley, JJ.

ELSIE JEANNE HALLEY, an Infant, by ANNA HALLEY, Her Guardian ad Litem, Respondent, v. CAS-HIL DEVELOPMENT CORPORATION, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of VIRGINIA ESTELLE LINDSAY COPELAND to Vacate and Open the Decree of Probate in the Matter of the Estate of WILLIAM H. LINDSAY, Deceased.— Order affirmed, with ten dollars costs and disbursements to the respondent payable out of the estate. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.